FRANK DI GIACINTO, Respondent, v. ELECTRIC METER CORPORATION, Appellant.— Order denying defendant's motion to vacate and set aside certain portions and various items of plaintiff's notice of examination before trial, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date

for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.